## <u>RETURN OF SERVICE</u>

### UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 6:19-CV-00726-
ORL-31TBS

Plaintiff:
**Shannon Allred**

vs.

Defendant:
**Cary W. Graham, Individually, and The Refinishing Company, LLC d/b/
a The Refinishing Guys**

For:
Ethan Babb
Arcadier Biggie &Wood
2815 W. New Haven Ave.
Suite 304
Melbourne, FL 32904

Received by Sandra Patton on the 22nd day of April, 2019 at 11:02 am to be served on **The Refinishing Company, LLC Cary Graham as Registered Agent, 2885 Eletronics Drive, D11, Melbourne, FL 32935**.

I, Sandra Patton, do hereby affirm that on the **25th day of April, 2019** at **8:14 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons, Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Cary Graham** as **Registered Agent** at the address of: **2885 Electronics Drive, D11, Melbourne, FL 32935** on behalf of **The Refinishing Company, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____

**Sandra Patton**
#375

**Sandra Patton**
**1707 Pontiac Circle North**
**Melbourne, FL 32935**
**(321) 508-7957**

Our Job Serial Number: PTN-2019000008
Ref: Graham

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n